IN

# THE SUPREME COURT

OF

# PENNSYLVANIA.

---

MIDDLE DISTRICT—HARRISBURG, 1890.

---

## COMMONWEALTH v. PENNSYLVANIA CO. ETC.

APPEAL BY DEFENDANT FROM THE COURT OF COMMON PLEAS
OF DAUPHIN COUNTY.

Argued May 31, 1888—Decided October 1, 1888.

Before Gordon, C. J., Paxson, Sterrett, Green, Clark
and Williams, JJ.

No. 29 May Term 1887, Sup. Ct.; court below, No. 50 April
Term 1886, C. P.

On February 4, 1886, the Pennsylvania Company for Insur-
ances on Lives and Granting Annuities entered an appeal to the
Court of Common Pleas of Dauphin county, from the settlement
made by the auditor general and state treasurer, of taxes claimed
by the commonwealth for the year ending the first Monday of
November, 1885. At the trial before Simonton, P. J., without
a jury, judgment was entered in favor of the commonwealth
for $19,674.67. Thereupon the defendant took a writ of error
to the Supreme Court, and upon argument in said court the
judgment of the court below was reversed, October 1, 1888,

(411)

opinion by Mr. Justice PAXSON; reported as Penna. Co. etc. v. Commonwealth, 22 W. N. 340. On January 7, 1889, on the suggestion of the Court, an order for a re-argument was made. Afterwards a proposition of adjustment was accepted, and the cause settled on payment to the commonwealth of $11,255.37 : See Attorney General's Report, 1889–90, p. 20.